# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**DENNIS R SPURGEON**                    **CASE NO. 6:11-CV-01807**

**VERSUS**                                **JUDGE DOUGHTY**

**SWIFT GROUP L L C ET AL**              **MAGISTRATE JUDGE HANNA**

### MINUTES OF COURT:
**Bench Trial**

| | | | |
|---|---|---|---|
| Date: | November 6, 2018 | Presiding: Judge Terry A. Doughty | |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Chris Guidry |
| Court Adjourned: | 1:45 p.m. | Court Reporter: | Gayle Wear |
| Statistical Time: | 3 Hrs./45 Min. | Courtroom: | CR2 |

### APPEARANCES

| | | |
|---|---|---|
| Joseph R Ward Jr | For | Plaintiff |
| Nicholas F Larocca Jr | For | Defendants |

### PROCEEDINGS

**CASE CALLED:**

NONJURY TRIAL DAY 2

**PROCEEDINGS**:

Testimony & evidence for the plaintiff, concluded
Testimony & evidence for the defendant, concluded
Rebuttal testimony & evidence received
Evidence Closed

**RULINGS/COMMENTS:**

The official transcript of the bench trial has been requested by counsel and will be available within 14 days.

Post Trial briefing schedule issued.  Plaintiff's brief due to be filed 20 days after receipt of the official transcript.  Defendant's response is due 20 days thereafter.  Plaintiff's reply brief is due 7 days thereafter.

Matter taken under advisement.